ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KEVIN DELRIO-OLIVA

Criminal Information

No. 1:24-CR-332

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

1.  Beginning on a date unknown, but at least by on or about July 1, 2023, and continuing until on or about September 8, 2024, in the Northern District of Georgia and elsewhere, the defendant, KEVIN DELRIO-OLIVA, and others known and unknown, did knowingly conspire and agree to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)).

### Background

2.  The FN M249S is a belt-fed rifle chambered in 5.56mm. The rifle will also accept a 30-round magazine. The FN M249S is the semi-automatic version of the United States Army's M249 Squad Automatic Weapon (SAW).

3.  The FN M249S is available for commercial purchase and retails for approximately $10,000–$12,000.

4. The FN M249S is manufactured in the state of South Carolina.

5. The FN M249S can be illegally converted to fully automatic.

6. The H&K MP5 is a .22 caliber semi-automatic rifle that is manufactured outside of the state of Georgia.

7. Both the FN M249S and H&K MP5 are desired by Mexico-based drug cartels who work to acquire them in the United States and smuggle them into Mexico.

### Manner and Means

8. On or about January 5, 2024, Defendant DELRIO-OLIVA instructed Person 1 to purchase two H&K MP5 rifles from a Federal Firearms Licensee in the Northern District of Georgia. Person 1 purchased the firearms and transferred the firearms to Defendant DELRIO-OLIVA.

9. On or about June 26, 2024, Defendant DELRIO-OLIVA instructed Person 2 to purchase a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia. Person 2 purchased the firearm and transferred the firearm to Defendant DELRIO-OLIVA.

10. On or about July 13, 2024, Defendant DELRIO-OLIVA instructed Person 2 to purchase a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia. Person 2 purchased the firearm and transferred the firearm to Defendant DELRIO-OLIVA.

11. On or about July 16, 2024, Defendant DELRIO-OLIVA instructed Person 2 to purchase a FN M249S from a Federal Firearms Licensee in the Middle District

of Georgia. Person 2 transferred the firearm to Defendant DELRIO-OLIVA in the Northern District of Georgia.

12. On or about August 17, 2024, Defendant DELRIO-OLIVA instructed Person 3 to purchase a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia. Person 3 purchased the firearm and transferred the firearm to Defendant DELRIO-OLIVA.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

## Count Two

13. The factual allegations in paragraphs 2 through 12 of this Information are re-alleged as though fully set forth herein.

14. On or about July 16, 2024, in the Northern District of Georgia, the defendant, KEVIN DELRIO-OLIVA, aided and abetted by others known and unknown, did knowingly engage and attempt to engage in a monetary transaction for a M249S Rifle, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 1957 and Section 2.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Information, the defendant, KEVIN DELRIO-OLIVA, shall forfeit to the United States of America,

3

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, and pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

Upon conviction of the offense alleged in Count Two of this Information, the defendant, KEVIN DELRIO-OLIVA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, or any property traceable to such property, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Two of this Information.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

4

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
*United States Attorney*

*Calvin A. Leipold III*

CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379

*Bethany L. Rupert*

BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000